UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>TROPIC TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 23-cv-00806-HSG<br><br>**ORDER DIRECTING DEFENDANT TO RESPOND TO THE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 9 |

On March 2, 2023, Plaintiff Stephen Anderson filed a motion for a temporary restraining order ("TRO") and order to show. Dkt. No. 9. Plaintiff seeks a TRO declaring the forum selection and choice of law provisions in his employment agreement with Defendant Tropic Technologies, Inc. void and ordering Plaintiff's claims be heard in this forum under California law. *Id.* Counsel's declaration indicates that Defendant was served with this motion via email. *See* Dkt. No. 9-2 at ¶ 10. Defendant has also appeared in this case and is receiving electronic ECF notifications. The Court accordingly **DIRECTS** Defendant to file its response to the motion for a TRO by March 13, 2023. The motion will be deemed submitted upon receipt of Defendant's response unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: 3/3/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge